In the Matter of MERCHANTS' & MANUFACTURERS' EXCHANGE OF NEW YORK, Bankrupt; Robert C. Morris, as Trustee, etc., Appellant.

In the Matter of Robert M. CATTS, Bankrupt; Louis Weiss, as Trustee, etc., Appellant.

Circuit Court of Appeals, Second Circuit.
October 18, 1929.

No. 148.

Oppenheimer, Kaufman, Haiblum & Kupfer, of New York City (Edwin L. Garvin, Samuel H. Kaufman, and George G. Ernst, all of New York City, of counsel), for appellant Morris.
Ernst & Gale, of New York City (Edwin L. Garvin, Samuel H. Kaufman, and George G. Ernst, all of New York City, of counsel), for appellant Weiss.
Samuel J. Rosensohn, of New York City, for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM. Order [In re Catts, 33 F.(2d) 963] affirmed in open court.